PROB 12C
(6/16)

Report Date: March 24, 2021

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Mar 25, 2021**

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Joshua W. Christensen | Case Number: 0980 2:19CR00063-TOR-1 |
| Address of Offender: | |
| Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, U.S. District Judge | |
| Date of Original Sentence: June 9, 2020 | |
| Original Offense: | Threatening to Murder a Federal Officer, 18 U.S.C. § 115 (a)(1), (b)(4) |
| Original Sentence: Probation - 48 months | Type of Supervision: Probation |
| Asst. U.S. Attorney: Timothy J. Ohms | Date Supervision Commenced: June 9, 2020 |
| Defense Attorney: Jason F. Carr | Date Supervision Expires: June 8, 2024 |

## PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 1**: You must not commit another federal, state or local crime.<br><br>**Supporting Evidence**:  It is alleged Mr. Christensen violated the terms of his probation by being cited and released for fourth degree assault on March 16, 2021.<br><br>On June 12, 2020, Mr. Christensen acknowledged an understanding of his mandatory, standard, and special conditions of supervised release.<br><br>The following is derived from a police report filed by the Spokane Police Department, case number 2021-20041577. On March 16, 2021, officers with the Spokane Police Department were dispatched to an assault that had just occurred.  They contacted Mr. Christensen, who claimed he was a victim of an assault.  Mr. Christensen claimed that a female began threatening him and when he tried to enter an apartment complex to file a complaint, he reported she had two males waiting for him inside the apartment complex that attacked him to prevent him from making a complaint.<br><br>The officer spoke with the female.  She reported she confronted Mr. Christensen after he took an item that did not belong to him.  She stated Mr. Christensen's behavior escalated, so she took the item inside the apartment complex.  She said she felt scared of Mr. Christensen, due to how angry he was getting.  He continued to scream and call her |

Prob12C
**Re: Christensen, Joshua W.**
**March 24, 2021**
**Page 2**

derogatory names. She went inside the apartment complex knowing that the apartment building was secure. He pounded on the door and continued to yell and scream for someone to let him in. Another tenant let Mr. Christensen in and three males got in between Mr. Christensen and the female. Mr. Christensen was asked to leave. Mr. Christensen then struck one of the males in the face and the males took Mr. Christensen to the ground and were trying to hold him down.

The male that was struck by Mr. Christensen reported that Mr. Christensen began to walk aggressively toward the female, in which the male stated he got in between to try to de-escalate the situation. He stated, while holding Mr. Christensen on the ground, another male kicked Mr. Christensen in the face to "slow him down," as he appeared to be escaping. Other witnesses were interviewed and all reported seeing Mr. Christensen act aggressively and punch a male in the face.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  03/24/2021

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   Other

Thomas O. Rice
United States District Judge

March 25, 2021
Date